UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DORSE INTERNATIONAL, INC.
**Plaintiff**

-v-

D.R.A. GAD, INC.
**Defendant**

Case No.

ECF CASE

**Rule 7.1 Statement**

07 CIV 7042

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Dorse International, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: 8-27-07

Signature of Attorney
COREY WINOGRAD
**Attorney Bar Code:** CW-8280

Form Rule7_1.pdf