UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
DORSE INTERNATIONAL, INC.,

               Plaintiff,

      -against-

D.R.A. GAD, INC.,

             Defendant.
-------------------------------------------------------x

Case No. 07 cv 7642 (SHS)

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

    PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, **COREY WINOGRAD**, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Scott Barry Kuperberg |
| Firm Name: | Richard S. Alembik, P.C. |
| Address: | 315 West Ponce de Leon Avenue, Suite 250 |
| City/State/Zip: | Decatur, Georgia 30030 |
| Phone Number: | (404) 373-0205 |
| Fax Number: | (404) 795-8999 |

Scott Barry Kuperberg is a member in good standing of the Bar of the State of Georgia.

There are no pending disciplinary proceedings against Scott Barry Kuperberg in any State of Federal Court.

Dated: New York, New York
       August 27, 2007

                             Respectfully submitted,

                             Corey Winograd (CW-8280)
                             Winograd & Winograd P.C.
                             450 Seventh Avenue, Ste. 1308
                             New York, New York  10123
                             (212) 268-6900
                             fax (212) 629-5825

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
DORSE INTERNATIONAL, INC.,

                 Plaintiff,

    -against-

D.R.A. GAD, INC.,

              Defendant.
-----------------------------------------------------x

Case No.

**AFFIDAVIT OF COREY WINOGRAD
IN SUPPORT OF MOTION TO ADMIT
COUNSEL PRO HAC VICE**

STATE OF NEW YORK    )
                         )   ss.:
COUNTY OF NEW YORK   )

    **COREY WINOGRAD**, being duly sworn, deposes and says:

    1.     I am a member of Winograd & Winograd, P.C., counsel for plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiff's motion to admit Scott B. Kuperberg as counsel pro hac vice to co-represent plaintiff in this matter.

    2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in January, 1991. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

    3.     I have known Mr. Kuperberg since 1998. For almost two years beginning in 1998, Mr. Kuperberg worked for my firm as a legal assistant while he was attending college in New York City. Mr. Kuperberg left our employ when he began his legal studies at the Syracuse University College of Law.

    4.     Mr. Kuperberg is currently an associate attorney at Richard S. Alembik, PC, in Decatur, Georgia, and has rendered legal services to the plaintiff in other matters.

    5.     I have found Mr. Kuperberg to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure. I firmly believe that Mr. Kuperberg will strongly promote the administration of justice in this case.

    6.     Accordingly, I am pleased to move the admission of Scott B. Kuperberg, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of Scott B. Kuperberg, pro

hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Scott B. Kuperberg, pro hac

vice, to represent plaintiff in the above-captioned matter, be granted.

**COREY WINOGRAD** (CW-8280)

Sworn before me this 27th
day of August, 2007

Notary Public

LAWRENCE E. KRIDOG
Notary Public, State of New York
No. 30-2857700
Qualified in Nassau County
Commission Expires March 30, 2011

2

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

DORSE INTERNATIONAL, INC.,

                Plaintiff,             Case No.

       -against-                **ORDER FOR ADMISSION
PRO HAC VICE ON**
D.R.A. GAD, INC.,               **WRITTEN MOTION**

                Defendant.
------------------------------------------------------x

       Upon the motion of Corey Winograd, attorney for Dorse International, Inc. and said sponsor attorney's affidavit in support;

       **IT IS HEREBY ORDERED** that:

            Applicant's Name:    Scott Barry Kuperberg

            Firm Name:        Richard S. Alembik, P.C.

            Address:          315 West Ponce de Leon Avenue, Suite 250

            City/State/Zip:      Decatur, Georgia 30030

            Telephone/Fax:     (404) 373-0205/(404) 795-8999

            Email Address:      scott@alembik.com

is admitted to practice pro hac vice as counsel for Dorse International, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York
      August __, 2007

                             _____
                             United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion to Admit Counsel Pro Hac Vice, Affidavit of Corey Winograd in Support of Motion to Admit Counsel Pro Hac Vice, and an Order for Admission Pro Hac Vice on Written Motion was furnished by regular mail, on the 28th day of August, 2007, to each of the following persons:

1.    Dorse International, Inc.
      2385 Scotney Castle Lane
      Powder Springs, GA 30127

2.    D.R.A. GAD, Inc.
      15 West 47th Street
      Suite 802
      New York, New York 10036

_____
RENATA BODNER



LEAH WARD SEARS, CHIEF JUSTICE
CAROL W. HUNSTEIN, PRESIDING JUSTICE
ROBERT BENHAM
GEORGE H. CARLEY
HUGH P. THOMPSON
P. HARRIS HINES
HAROLD D. MELTON
    JUSTICES

**Supreme Court**
**State of Georgia**
STATE JUDICIAL BUILDING
**Atlanta 30334**

THERESE S. BARNES, CLERK
JEAN RUSKELL, REPORTER

August 20, 2007

I hereby certify that Scott B. Kuperberg, Esq., was admitted on the 13 th day of

February, 2006, as a member of the bar of the Supreme Court of Georgia, the highest court

of this State; and, since that date he has been and is now a member of this bar in good

standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto

affixed the day and year first above written.

*Deputy Clerk, Supreme Court of Georgia*