UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

DORSE INTERNATIONAL, INC.,

                Plaintiff,

     -against-

D.R.A. GAD, INC.,

                Defendant.
------------------------------------------------------x

Case No. 07 Civ 7642 (SHS)

**ORDER FOR ADMISSION
PRO HAC VICE ON
WRITTEN MOTION**

    Upon the motion of Corey Winograd, attorney for Dorse International, Inc. and said sponsor attorney's affidavit in support;

    **IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Scott Barry Kuperberg |
| Firm Name: | Richard S. Alembik, P.C. |
| Address: | 315 West Ponce de Leon Avenue, Suite 250 |
| City/State/Zip: | Decatur, Georgia 30030 |
| Telephone/Fax: | (404) 373-0205/(404) 795-8999 |
| Email Address: | scott@alembik.com |

is admitted to practice pro hac vice as counsel for Dorse International, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York
       August 6, 2007

                                                  _____
                                                  United States District/Magistrate Judge