# UNITED STATES DISTRICT COURT

____Southern____ District of ____New York____

DORSE INTERNATIONAL, INC.

V.

D.R.A. GAD, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 7642

TO: (Name and address of Defendant)

D.R.A GAD, INC.
15 West 47th Street, Suite 802
New York, New York 10036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Corey Winograd
Winograd & Winograd P.C.
450 Seventh Avenue, Suite 1308
New York, New York 10123

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              AUG 2 8 2007

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9/10/07 |
| NAME OF SERVER (PRINT) Steven C. Avery | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Secretary of State Albany, NY

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon Carol Vogt, legal clerk who is authorized to accept service on behalf of the Secretary of State

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/12/07
Date

Signature of Server
Steven C. Avery

Address of Server
93 West Sand Lake Road Wynantskill, NY 12198

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.