UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DORSE INTERNATIONAL, INC.,

        Plaintiff

-against-

D.R.A. GAD, INC.,

        Defendant
-----------------------------------------------------------X

Case No: 07 CV 7642 (SHS) (FM)

RULE 7.1 CORPORATE
DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, D.R.A. Gad, Inc. ("GAD") is not a publicly traded corporation. No publicly held corporation owns 10% or more of the stock of GAD.

Dated: New Rochelle, New York
      October 30, 2007

/s/ _____
By: Richard Weiss (RW-4978)
415 Huguenot Street
New Rochelle, New York 10801
(914) 235-0833
RWLegal1@aol.com
Attorney for Defendant
D. R. A. GAD, Inc.