<u>CERTIFICATE OF SERVICE</u>

I certify that on the 30th day of October, 2007, I electronically filed the foregoing Rule 7.1 Corporate Disclosure Statement of D.R.A. Gad, Inc. with the Clerk of Courts using CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the CM/ECF participants:

Winograd & Winograd P.C  
450 Seventh Avenue, Suite 1308  
New York, New York 10123  
Attn: Corey Winograd, Esq. (CW 8280)

Richard S. Alembik, PC.  
315 West Ponce de Leon Avenue, Suite 250  
Decatur, Georgia 30030  
Attn: Scott B. Kuperberg, Esq.

/s/_____  
Clarissa M. Hurst