STATE OF              , COUNTY OF              ) ss.:

I,              , the undersigned, an attorney admitted to practice in the courts of New York State,

☐ certify that the within
has been compared by me with the original and found to be a true and complete copy.

☐              state that I am the attorney(s) of record for the
in the within action, I have read the foregoing              and know the contents thereof. the same is true to my own knowledge,
except as to the matters therein alleged to be on information and belief, and as to those matters I believe it to be true. The reason
this verification is made by me and not by              .

The grounds of my belief as to all matters not stated upon my own knowledge arc as follows:

I affirm that the foregoing statements are true, under the penalties of perjury.

Dated:                                                                 _____

STATE OF NEW YORK, COUNTY OF WESTCHESTER)    ss.:

I,              , the undersigned, being duly sworn, depose and say: I am one of the plaintiffs herein

☐ Individual in the action; I have read the foregoing
and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on
information and belief, and as to those matters I believe it to be true.

☐ Corporate              the
A              and              in the within action; I have read the foregoing              and know the contents thereof; and the same is true to
my own knowledge except as to the matters therein stated to be alleged upon information and belief, and as to those matters I
believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
Information contained within deponent's attorney's file.

Sworn to before me on
              , 2007                                                    _____

STATE OF NEW YORK , COUNTY OF WESTCHESTER)    ss.:

I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside in NEW ROCHELLE.

On October 30, 2007, I served the within Answer and Affirmative Defenses by:

☒ Service by Mail: by mailing a copy to each of the following persons at the last known address set forth after each name below.

☐ Personal Service on Individual by delivering a true copy' of each personally to each person named below at the address
indicated. I knew each person serve to be the person mentioned and described in said papers as a *party therein*:

☐ Service by Electronic Means: by transmitting a copy to the following persons by ☐ FAX at the telephone number set forth
after each name below ☐ E-MAIL at the E-Mail address set forth after each name below, which was designated by the
attorney for such purpose, and by mailing copy to the address set forth after each name.

☐ Overnight Delivery Service: by dispatching a copy by overnight delivery to each of the following persons at the last known
address set forth after each name below.

Winograd & Winograd P.C.; 450 Seventh Avenue, Suite 1308; New York, New York 10123; Attn. Corey Winograd, Esq.
Richard S. Alembik, P.C.; 315 West Ponce de Leon Avenue, Suite 250, Decatur, Georgia 30030; Attn Scott B. Kuperberg, Esq.

Sworn to before me on                    RICHARD WEISS                 Clarissa M. Hurst
October 30, 2007                         Notary Public State of New York   Clarissa M. Hurst
                                         No. 4641943
                                         Qualified in Westchester County
                                         Commission Expires April 30, 2010

07 CV 67642                                                              Honorable Sidney H. Stein

| Index No. | Year: | RJI No. | Hon. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DORSE INTERNATIONAL, INC.,
                              Plaintiff

-against-

D.R.A. GAD, INC.,
                              Defendant

## ANSWER AND AFFIRMATIVE DEFENSES

*RICHARD WEISS, ESQ.*
*Attorney for Defendant*
*Office and Post Office Address, Telephone*
415 HUGUENOT STREET, 1st FLOOR
NEW ROCHELLE, NY 10801
TEL (914) 235-0833 / FAX (914) 235-0890

## "WE DO NOT ACCEPT SERVICE BY ELECTRONIC TRANSMISSION (FAX)"

To                                                                           is hereby admitted.

Attorney(s) for

Service of a copy of the within

Dated,
                                                                    Attorney(s) for

Please take notice

☐ NOTICE OF ENTRY
that the within is a *(certified)* true copy of an Order duly entered in the office of the clerk of the within named court on          , 20

☐ NOTICE OF SETTLEMENT
that    , of which the within is a true copy will be presented for settlement to the    one of the judges of the within named court, on    at    M

Dated,                                                              Yours, etc.

RICHARD WEISS, ESQ.
*Attorney for Defendant*
415 HUGUENOT STREET, First Floor
NEW ROCHELLE, NY 10801

To: