

**Law Offices**

**RICHARD WEISS**
Attorney At Law

RICHARD WEISS

415 HUGUENOT STREET, FIRST FLOOR
NEW ROCHELLE, NY 10801
(914) 235-0833
FAX (914) 235-0890
E-MAIL RWLegal1@aol.com

RECEIVED
OCT 30 2007
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/31/07
```

SENT VIA FAX: 212-805-7924

October 30, 2007

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007-1312
Attn: Laura Blakely

RE:    Dorse International, Inc. vs. D.R.A. Gad, Inc.
        Case Number: 07 CV 7642
        Original Motion date: November 2, 2007 @ 10:00am
        No prior requests for adjournments or extension requested
        Opposing counsel consents to adjourn motion

Dear Ms. Blakely:

I have been retained by defendant, D.R.A. Gad, Inc. to represent it in the within matter.

Plaintiff has moved for the entry of a default judgment which motion is presently returnable for the Court on November 2, 2007 at 10:00am.

I have prepared an Answer which will be electronically filed no later than Wednesday October 31, 2007. I have also extended a settlement offer to plaintiff's counsel to dispose of this case.

Plaintiff's counsel has consented to adjourn the motion for one week or until November 9, 2007 @ 9:30am but does not have authority to withdraw the motion. In view of the fact that the principal of plaintiff is not with in the Continental United States the parties have agreed to adjourn the motion so that the settlement offer can be conveyed directly to the plaintiff. *The return date for the default motion is extended to 11/16/07 at 9:30 a.m. The pretrial conference remains at Nov 2 at 10 A.M.* SO ORDERED 10/31/07

SIDNEY H. STEIN
U.S.D.J.

Should the case not settle the undersigned will submit opposition papers to plaintiff's motion requesting that plaintiff accept defendant's Answer and that an expedited discovery schedule be promulgated.

Respectfully submitted,

Richard Weiss
RW:cmh

cc:   SENT VIA FAX: 212-629-5825
Winograd & Winograd P.C
450 Seventh Avenue, Suite 1308
New York, New York 10123
Attn: Corey Winograd, Esq. (CW 8280)

SENT VIA FAX: 404-795-8999
Richard S. Alembik, PC.
315 West Ponce de Leon Avenue, Suite 250
Decatur, Georgia 30030
Attn: Scott B. Kuperberg, Esq.