USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| DORSE INTERNATIONAL, INC., | : | 07 Civ. 7642 (SHS) |
| Plaintiff, | : | |
| -against- | : | ORDER |
| D.R.A. GAD, INC., | : | |
| Defendant. | : | |

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    In light of an answer to the complaint filed by defendant on October 30, 2007, plaintiff's motion for default judgment [7] is denied; and

    2.    There will be a pretrial conference on November 16, 2007, at 2:00 p.m.

Dated: New York, New York
       November 2, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.