

Law Offices
OF
RICHARD WEISS
Attorney At Law

415 HUGUENOT STREET, FIRST FLOOR
NEW ROCHELLE, NY 10801
(914) 235-0833
FAX (914) 235-0890
E-MAIL RWLegal1@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07

SENT VIA FAX: 212-805-7924

November 15, 2007

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007-1312
Attn: Laura Blakely

RE:  Dorse International, Inc. vs. D.R.A. Gad, Inc.
     Case Number: 07 CV 7642
     Motion date: November 16, 2007 @ 2:00pm
     Opposing counsel consents to adjourn motion

Dear Ms. Blakely:

The above matter was previously conferenced before Judge Stein on November 2, 2007.

The parties have agreed upon the terms of a settlement and Stipulation memorializing the settlement terms is circulating. However, the principal of the plaintiff is in Africa.

It is respectfully requested that this matter be adjourned for a period of three (3) weeks or until December 7, 2007.

I anticipate that the parties will file a Stipulation with the Court prior to that time.

I apologize for not having sent this letter to you yesterday, however plaintiff's local counsel and I did not speak until a few minutes ago.

*The conference is adjourned to 12/7/07, at 10:00 a.m. No further adj[ournmen]ts.*

SO ORDERED 11/15/07

SIDNEY H. STEIN
U.S.D.J.

11/15/2007 10:45 FAX 914 235 8890    RICHARD WEISS, ESQ.    Case 1:07-cv-07642-SHS    Document 14    Filed 11/15/2007    Page 2 of 2    ⌀002/002

Received: Nov 15 2007 10:45am

This request is on consent.

Respectfully submitted,

Richard Weiss

RW:cmh

cc:   SENT VIA FAX: 212-629-5825
      Winograd & Winograd P.C
      450 Seventh Avenue, Suite 1308
      New York, New York 10123
      Attn: Corey Winograd, Esq. (CW 8280)

      SENT VIA FAX: 404-795-8999
      Richard S. Alembik, PC.
      315 West Ponce de Leon Avenue, Suite 250
      Decatur, Georgia 30030
      Attn: Scott B. Kuperberg, Esq.