```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DORSE INTERNATIONAL, INC.,            :     07 Civ. 7642 (SHS)

                Plaintiff,            :

    -against-                              :     ORDER

D.R.A. GAD, INC.,                     :

                Defendant.            :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The parties having notified the Court that this action has been settled,

    IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 30 days of this Order, any party may reinstate this action if the terms of the settlement are not effectuated within that time.

Dated: New York, New York
       December 5, 2007

                                    SO ORDERED:

                                    _____
                                    Sidney H. Stein, U.S.D.J.