Corey Winograd (CW-8280)
Winograd & Winograd P.C.
450 Seventh Avenue, Suite 1308
New York, New York 10123
(212) 268-6900

Scott B. Kuperberg
Richard S. Alembik, PC
315 W. Ponce de Leon Ave., Suite 250
Decatur, Georgia 30030
(404) 373-0205

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DORSE INTERNATIONAL, INC.,

                              Plaintiff,          **JUDGMENT**

            -against-
                                        Case No. 07 Civ. 7642 (SHS) (FM)
D.R.A. GAD, INC.,

                              Defendant.
-------------------------------------------------------------x

    This action having been commenced on August 28, 2007 by the filing of the Summons and

Complaint, and a copy of the Summons and Complaint having been served on Defendant through the

New York Secretary of State on September 10, 2007, and proof of service having been filed on

September 18, 2007, and an Answer having been interposed by Defendant on October 30, 2007, and the

parties having entered into a Stipulation of Settlement dated December 5, 2007 whereas Defendant

agreed to make payments totaling $59,000.00 to Plaintiff with the first payment in the amount of

$6,555.55 due on or before December 14, 2007, and Defendant having defaulted by failing to make any

payment, and Plaintiff, pursuant to the Stipulation of Settlement, having sent via regular mail on

December 18, 2007 to Defendant a ten-day written notice to cure default (with copies to counsel for

Defendant by e-mail and fax), and now the time for Defendant to cure the default having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff DORSE INTERNATIONAL,

INC. have judgment against Defendant D.R.A GAD, INC. in the amount of $59,000.00, with interest at

9% per annum from January 25, 2007 in the amount of $4,946.30, amounting in all to $63,946.30.

Dated:     New York, New York
           January 3 , 2008

_____
U.S.D.J.

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

2